# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MMAWC, LLC, d/b/a WORLD SERIES OF FIGHTING,<br><br>             Plaintiff,<br><br>vs.<br><br>VINCENT HESSER, *et al.*,<br><br>             Defendants. | Case No. 2:15-cv-02399-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated December 16, 2015, required the parties to file a Joint Status Report no later than January 18, 2016. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **February 16, 2016**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 29th day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge