TODD E. KENNEDY, ESQ.
Nevada Bar No. 6014
MAXIMILIANO D. COUVILLIER III, ESQ.
Nevada Bar No. 7661
**BLACK & LOBELLO**
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
(702) 869-8801
(702) 869-2669 (fax)
Tkennedy@blacklobellolaw.com
Mcouvillier@blacklobellolaw.com

*Attorneys For MMAWC L.L.C. d/b/a World Series of Fighting*

## U.S. DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MMAWC L.L.C. D/B/A WORLD SERIES OF FIGHTING, a Nevada limited liability company,<br><br>Plaintiff<br><br>v.<br><br>VINCENT HESSER, an individual; WSOF ASIA HOLDINGS, LIMITED, a foreign company; SHAWN WRIGHT, an individual; Doe Defendants 1-15 and Roe Defendants 1-15,<br><br>Defendants. | **STIPULATION AND ORDER DISMISSING THE ACTION WITH PREJUDICE**<br><br>Case No.: 2:15-cv-02399-RFB-GWF<br><br>(Nevada District Court Case No. A725225) |

//
//
//
//
//

Page 1 of 2

Plaintiff MMAWC L.L.C. D/B/A WORLD SERIES OF FIGHTING and defendants VINCENT HESSER, WSOF ASIA HOLDINGS, LIMITED, and SHAWN WRIGHT, by and through the respective undersigned counsel, stipulate to the dismissal of the above captioned action **WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

Dated this 1 day of ~~February~~ March 2016.        Dated this 1 day of ~~February~~ March 2016.

LAW OFFICES OF BYRON THOMAS         BLACK & LOBELLO

_/s/ Byron Thomas_                  _/s/ Maximiliano Couvillier_

Byron E. Thomas, Esq.               Maximiliano D. Couvillier III, Esq.
Nevada Bar No. 8906                 Nevada Bar No. 7661
3275 S. Jones Blvd. Ste. 104        10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89146             Las Vegas, Nevada 89135
Phone: (702) 761-4945               Phone: (702) 869-8801
Fax: (702) 543-4855                 Fax: (702) 869-2669
Byronthomaslaw@gmail.com            Mcouvillier@blacklobellolaw.com
*Attorneys for Plaintiff VINCENT HESSER, WSOF ASIA HOLDINGS, LIMITED, and SHAWN WRIGHT*        *Attorneys for Defendants MMAWC, LLC/d/b/a World Series of Fighting*

**IT IS SO ORDERED.**

Dated this 4th day of March 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge